JAMES M. MAKASIAN (SBN 71791)
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
1327 "N" STREET
FRESNO, CALIFORNIA 93721
Telephone: (559) 442-4211 Fax: (559)445-0328

Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR AHMED SOUSSI<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DON RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services, MICHAEL B. MAKASEY, Attorney General of the United States, McGREGOR W. SCOTT, U.S. Attorney of the United States, Eastern District<br><br>         Defendants. | CIVIL No. 1:8-CV-1235<br><br>STIPULATION TO DISMISS COUNT 1 OF COMPLAINT<br><br>Rule 41(a)(1)<br><br>CIS No.: A073811649 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD that the First Cause of Action herein be dismissed as the Government has made a final determination of the Naturalization Appeal on September 26, 2008.

1

1 | The remaining causes of action shall remain and Defendants shall have until
2 | November 15, 2008 to file a responsive pleading.

7 | Dated: October 29, 2008                             /s/ JAMES M. MAKASIAN
8 |                                                    JAMES M. MAKASIAN
     Attorney for Plaintiffs

10 | Dated: October 29, 2008                            /s/ CHRISTOPHER DEMPSEY
11 |                                                   CHRISTOPHER DEMPSEY
12 |                                                   Attorney for Defendants

14 | IT IS SO ORDERED.

15 | Dated: October 30, 2008                            __/s/ Lawrence J. O'Neill_____
16 |                                                   HONORABLE LAWRENCE J. O'NEILL
17 |                                                   UNITED STATES DISTRICT JUDGE