1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR AHMED SOUSSI | 1: 08 CV 01235 LJO  DLB |
| Plaintiff(s), | SCHEDULING ORDER (Fed.R.Civ.P 16) |
| v. | Discovery Deadlines:<br>        Initial Disclosures: January 30, 2009<br>        Non Expert: May 15, 2009<br>        Expert: June 12, 2009 |
| MICHAEL CHERTOFF, et al., | Non-Dispositive Motion Deadlines:<br>        Filing: June 10, 2009<br>        Hearing: July 2, 2009 |
| Defendant. | Pre-Trial Conference:<br>        July 8, 2009 at 8:30 a.m.<br>        Courtroom 4 |
| | Trial:   August 24, 2009 at 9:00 a.m.<br>        Courtroom 4   CT one day |

I.      **Date of Scheduling Conference**

January 15, 2009.

II.     **Appearances of Counsel**

James W. Makasian appeared on behalf of Plaintiff.

Christopher W. Dempsey appeared on behalf of Defendant.

III.    **Discovery Plan and Cut-Off Date**

The parties are ordered to exchange the initial disclosures required by Fed .R. Civ.

1

1  P. 26(a)(1) on or before January 30, 2009.

2       The parties are ordered to complete all discovery pertaining to non-experts on or
3  before May 15, 2009 and all discovery pertaining to experts on or before June 12, 2009.

4       The parties are directed to disclose all expert witnesses, in writing, on or before
5  May 15, 2009.  The written designation of experts shall **be made pursuant to Fed. R. Civ. P.**
6  **Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.**  Failure to
7  designate experts in compliance with this order may result in the Court excluding the testimony
8  or other evidence offered through such experts that are not disclosed pursuant to this order.

9       The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery
10  relating to experts and their opinions.  Experts must be fully prepared to be examined on all
11  subjects and opinions included in the designation.  Failure to comply will result in the imposition
12  of sanctions, which may include striking the expert designation and preclusion of expert
13  testimony.

14       **IV.** **Pre-Trial Motion Schedule**

15       All Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be
16  filed no later than June 10, 2009 and heard on or before July 2, 2009.  Non-dispositive motions
17  are heard on Fridays at 9:00 a.m., before the Honorable Dennis L. Beck, United States Magistrate
18  Judge in Courtroom 9.  **Counsel must comply with Local Rule 37-251 with respect to**
19  **discovery disputes or the motion will be denied without prejudice and dropped from**
20  **calendar.**

21       In scheduling such motions, the Magistrate Judge may grant applications for an
22  order shortening time pursuant to Local Rule 6-142(d).  However, if counsel does not obtain an
23  order shortening time, the notice of motion *must* comply with Local Rule 37-251.

24       Counsel may appear and argue non-dispositive motions by telephone, providing a
25  written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five
26  (5) court days before the noticed hearing date.  In the event that more than one attorney requests

27

28                     2

1  to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and

2  originate a conference call to the court.

3  **V.    Pre-Trial Conference Date**

4  July 8, 2009 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.

5  The parties are ordered to file a **Joint Pretrial Statement pursuant to Local**

6  **Rule 16-281(a)(2).** The parties are further directed to submit a digital copy of their pretrial

7  statement in Word Perfect X3[1] format, directly to Judge O'Neill's chambers by email at

8  LJOOrders@caed.uscourts.gov.

9  Counsels' attention is directed to **Rules 16-281 and 16-282 of the Local Rules** of

10  Practice for the Eastern District of California, as to the obligations of counsel in preparing for the

11  pre-trial conference.  The Court will insist upon strict compliance with those rules.

12  **VI.    Trial Date**

13  August 24, 2009 at 9:00 a.m. in Courtroom 4 before the Honorable Lawrence J.

14  O'Neill, United States District Court Judge.

15  A.    This is a court trial.

16  B.    Counsels' Estimate of Trial Time: one day.

17  C.    Counsel's attention is directed to Local Rules of Practice for the Eastern

18  District of California, Rule 16-285.

19  **VII.    Request for Bifurcation, Appointment of Special Master, or other**

20  **Techniques to Shorten Trial**

21  Not applicable at this time.

22  **VIII.    Related Matters Pending**

23  There are no pending related matters.

24  ///

25

26  [1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect

27  or any other word processing program in general use for IBM compatible personal computers is
acceptable.

28  3

1

### IX.   Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

### X.   Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.


IT IS SO ORDERED.

**Dated:   January 22, 2009**                              /s/ **Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE

4