UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR AHMED SOUSSI,<br><br>  Plaintiff,<br><br>  v.<br><br>JANET NAPOLITANO, et al.,<br><br>  Defendants. | ) 1:08-cv-01235-LJO-DLB<br>)<br>)<br>)<br>) **ORDER ON DEFENDANTS' AMENDED**<br>) **REQUEST FOR EXTENSION OF TIME**<br>) (Docs. 23, 24)<br>)<br>)<br>) |

By amended notice, filed on July 1, 2009, Defendants moved to re-open discovery and continue pre-trial dates as set in the January 23, 2009. Defendants motion is unopposed. Having considered defendants' motion, this Court ORDERS as follows:

1. The discovery cut-off date is extended to **July 31, 2009**, including disclosures pertaining to expert testimony under Fed. R. Civ. P. 26(a)(2);

2. The July 8, 2009 pretrial conference is CONTINUED to **August 6, 2009.** The parties may appear telephonically to the pretrial conference by arranging a one-line call and dialing (559) 499-5680. The parties shall file a joint pretrial statement on or before **August 3, 2009;**

3. Trial briefs are due on or before **August 17, 2009.**

4. The one-day August 24, 2009 court trial date remains firm.

IT IS SO ORDERED.

**Dated:   July 1, 2009**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE